## SUPERIOR SYSTEMS TECHNOLOGY, Appellant,

v.

## Charles JENSEN, d/b/a Diversified Technologies, Respondent.

No. WD 50396.

Missouri Court of Appeals,
Western District.

Oct. 24, 1995.

Paul R. Lamoree, Kansas City, for appellant.

Lawrence Jay Zimmerman, Kansas City, for respondent.

Before SPINDEN, P.J., SMART, J., and TURNAGE, Senior Judge.

### ORDER

PER CURIAM.

Superior Systems Technology appeals the circuit court's dismissal of its breach of contract action against "Charles Jensen, d/b/a Diversified Technologies." We affirm. Because we do not discern any jurisprudential value to publishing an opinion, we issue this summary order. Rule 84.16(b).